UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT NEVELS,<br><br>                            Plaintiff,<br><br>v.<br><br>SETTLEMENTONE CREDIT CORPORATION,<br><br>                            Defendant. | Case No.: 22cv0529-AJB-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**(Doc. No. 10)** |

      Pursuant to the parties' joint motion, the Court dismisses the above-entitled action, with prejudice.

      IT IS SO ORDERED.

Dated: September 2, 2022

Hon. Anthony J. Battaglia
United States District Judge

1